## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

CR421-0199

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT NO. |
| | ) |
| v. | ) 18 U.S.C. § 922(g)(1) |
| | ) Possession of a Firearm by a |
| BRANDON LAMAR WILLIAMS | ) Convicted Felon |
| | ) |
| | ) 18 U.S.C. § 922(g)(3) |
| | ) Possession of a Firearm by an |
| | ) Unlawful User of a Controlled |
| | ) Substance |
| | ) |
| | ) 21 U.S.C. § 841(a)(1) |
| | ) Possession with Intent to |
| | ) Distribute a Controlled |
| | ) Substance |
| | ) |
| | ) 18 U.S.C. § 924(c) |
| | ) Possession of a Firearm in |
| | ) Furtherance of a Drug |
| | ) Trafficking Crime |

FILED
U.S. DISTRICT COURT
2021 DEC -7 P 4: 21
CLERK
SO. DIST. OF GA.

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE
*Possession of a Firearm by a Convicted Felon*
18 U.S.C. § 922(g)(1)

On or about August 9, 2021, in Chatham County, within the Southern District

of Georgia, the defendant,

### BRANDON LAMAR WILLIAMS,

knowing he had been convicted of a crime punishable by imprisonment for a term

exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to

wit, a Jimenez, Model J.A. 380, .380 caliber pistol and Smith & Wesson, Model M&P

Shield, 9-millimeter pistol, which had been transported in interstate and foreign

commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWO
*Possession of a Firearm by an Unlawful User of a Controlled Substance*
18 U.S.C. § 922(g)(3)

On or about August 9, 2021, in Chatham County, within the Southern District

of Georgia, the defendant,

## BRANDON LAMAR WILLIAMS,

knowing that he was an unlawful user of a controlled substance as defined in 21

U.S.C. § 802 did knowingly possess a firearm, to wit, a Jimenez, Model J.A. 380, .380

caliber pistol and Smith & Wesson, Model M&P Shield, 9-millimeter pistol, which

had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(3).

## COUNT THREE
*Possession with Intent to Distribute a Controlled Substance*
21 U.S.C. § 841(a)(1)

On or about August 9, 2021, in Chatham County, within the Southern District

of Georgia, the defendant,

## BRANDON LAMAR WILLIAMS,

knowingly and intentionally possessed with intent to distribute a controlled

substance, to wit, marihuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

Before **BRANDON LAMAR WILLIAMS** committed the offense charged in this count, he had the following final convictions for felony drug offenses, namely, Possession of Cocaine Base in U.S. District Court, Southern District of Georgia case number 4:17-CR-262-7, in violation of 21 U.S.C. § 844(a), and Possession of a Controlled Substance in Chatham County, Georgia, Superior Court, case number 15-CR-2462-J4, in violation of O.C.G.A. § 16-13-30(a).

## COUNT FOUR
*Possession of a Firearm in Furtherance of a Drug Trafficking Crime*
18 U.S.C. § 924(c)

On or about August 9, 2021, in Chatham County, within the Southern District of Georgia, the defendant,

**BRANDON LAMAR WILLIAMS,**

did knowingly possess a firearm, to wit, a pistol, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit, Possession with Intent to Distribute a Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1), as charged in Count Three of this Indictment.

All in violation of Title 18, United States Code, Section 924(c).

## FORFEITURE ALLEGATIONS

The allegations contained in Counts One through Four of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of one or more of the offenses set forth in Counts One, Two, and Four of this Indictment, the defendant, **BRANDON LAMAR WILLIAMS**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offense(s), including, but not limited to, a Jimenez, Model J.A. 380, .380 caliber pistol, bearing S/N 415880, and Smith & Wesson, Model M&P Shield, 9 millimeter pistol, bearing S/N LEL6497.

If any of the property described above, as a result of any act or commission of the defendant:

      a.    cannot be located upon the exercise of due diligence;

      b.    has been transferred or sold to, or deposited with, a third party;

      c.    has been placed beyond the jurisdiction of the court;

      d.    has been substantially diminished in value; or

      e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

4

A True Bill.

_____
David H. Estes
Acting United States Attorney

_____
Chris Howard
Assistant United States Attorney
*Lead Counsel

_____
Karl Knoche
Assistant United States Attorney
Chief, Criminal Division

5