THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CHANGE OF PLEA IN SAVANNAH DIVISION CRIMINAL CASE NO. CR421-199-01 AT SAVANNAH, GEORGIA.

WITH THE CONSENT OF THE COURT:

THE DEFENDANT, BRANDON WILLIAMS, HAVING PREVIOUSLY ENTERED A PLEA OF NOT GUILTY, HEREBY WITHDRAWS THAT PLEA AND ENTERS A PLEA OF GUILTY TO COUNT(S) __1ss, 3ss & 8ss__ IN THE INDICTMENT.

THIS __11th__ DAY OF AUGUST 2022.

_____
DEFENDANT

_____
COUNSEL FOR THE DEFENDANT

NOLLE PROSSE COUNT(S) __2ss, 4ss-7ss & 9ss__ AT SENTENCING.