UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO: 4:21-CR-199 |
| | ) | |
| v. | ) | |
| | ) | |
| BRANDON LAMAR WILLIAMS | ) | |

## ORDER OF DISMISSAL

The amended motion of the government for an order dismissing, without prejudice, Counts Three and Eight of the second superseding indictment against Defendant Brandon Lamar Williams is GRANTED. Counts Three and Eight of the Second Superseding Indictment are hereby dismissed without prejudice.

So ORDERED, this 8th day of November 2022.

_____
HON. WILLIAM T. MOORE, JR.
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA